# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LOUIS SWINFORD<br>SSAN: XXX-XX-7315<br><br>CATHERINE SWINFORD<br>SSAN: XXX-XX-8141<br><br>Debtor(s) | Case No. 17-32713-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 22, 2017.

2. The debtor(s) §341 Meeting of Creditors was held November 08, 2017.

3. The debtor(s) overall pay record is 97%.

(**X**) The plan fails to comply with Court's standing order on adequate protection payments.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) Debtors were to amend Schedule C to correct their exemptions.

(**X**) Debtors were to amend Schedule B to provide collateral values for the 2003 Ford and the 2007 Honda.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 01, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*
_____
Audrey L. Willis
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  December 01, 2017.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/*Audrey L. Willis*
_____
Audrey L. Willis
Staff Attorney